William T. COLEMAN, Plaintiff–
Appellant,

v.

WINTHROP POLICE DEPARTMENT;
Sergeant Dewayne Bunch; Unknown
Winthrop Police Department Defen-
dants, may be amended, Defendants–
Appellees.

No. 13–7281.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 27, 2013.

Decided: Jan. 16, 2014.

William T. Coleman, Appellant Pro Se.

Before GREGORY, SHEDD, and
KEENAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

William T. Coleman appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and dismiss-
ing his 42 U.S.C. § 1983 (2006) complaint
under 28 U.S.C. § 1915(e)(2)(B) (2012).
We have reviewed the record and find no
reversible error. Accordingly, we affirm
for the reasons stated by the district court.
*Coleman v. Winthrop Police Dep't*, No.
0:12–cv–01915–JFA, 2013 WL 3929787
(D.S.C. July 29, 2013). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before this Court and argu-
ment would not aid the decisional process.

*AFFIRMED.*